# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| JULIE A. ROACH, | ) | Case No. 3:21-cv-110 |
| Plaintiff, | ) | Judge Michael J. Newman |
| v. | ) | |
| MARC R. VADEVEER, et al. | ) | JOINT STIPULATIONS; AGREED ORDER |
| Defendants. | ) | DISMISSING CLAIMS |

_____

Now come the parties and hereby submit the following Joint Proposed Agreed Entry for approval by the Court disposing of all matters now before the Court in the proceeding:

1. Plaintiff filed the within action in Montgomery County Common Pleas Court, Case No. 2021CV094 against Marc R. Vandeveer and Allstate Insurance which alleged certain claims and injuries arising out of a motor vehicle accident on May 5, 2019. On April 6, 2021, Defendant Vandeveer removed this action to the District Court for the Southern District of Ohio.

Upon certification by the Acting United States Attorney for the Southern District of Ohio that Mr. Vandeveer was acting within the scope of his employment at the time of the accident, the United States substituted itself as the party defendant.

2. The parties stipulate that at the time of the subject motor vehicle accident, Mr. Vandeveer was employed as Chief Innovation Officer at the Air Force Installation and Mission Support Center, headquartered at Joint Base Lackland, San Antonio, TX. The parties further stipulate that Plaintiff did not file a Federal Tort Claims Act ("FTCA") claim prior to the

commencement of the present action. Plaintiff alleges that she did not possess knowledge regarding Mr. Vandeveer's status or the scope of his employment to invoke the processes of the FTCA prior to the commencement of the present action. The parties further acknowledge that Plaintiff intends to seek relief pursuant to the "safe harbor" provisions of the FTCA at Mr. Vandeveer's home base of Lackland AFB, Joint Base San Antonio and specifically acknowledges that Plaintiff does not waive any rights under the statute to further relief by virtue of these stipulations or the terms of the Agreed Order.

3. Plaintiff does not further oppose the pending Motion of the United States to Dismiss for lack of jurisdiction. Based upon the parties' stipulations herein above, the Motion filed by the United States of America is hereby granted and the claim is hereby dismissed by the Court for lack of jurisdiction.

4. The claims asserted by Plaintiff as to Allstate Insurance Co. ("Allstate") regarding UM/UIM coverage provided under Plaintiff's MVA policy are predicated in whole or in part upon the same operative set of facts and potential recovery that Plaintiff may receive through the FTCA. Plaintiff and Allstate acknowledge therefore that the claim is not ripe for adjudication until Plaintiff's rights under the FTCA may be concluded. By joint agreement of Plaintiff and Allstate, Plaintiff's claims against Allstate are dismissed without prejudice.

5. There being no further matters pending before the Court, all remaining dates set in this matter are hereby vacated.

Done and ORDERED in chambers this  7th  day of July, 2021.

**IT IS SO ORDERED.**

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge

AGREED TO:

/s/   B. Randall Roach
B. Randall Roach (0065537)
Martin, McCarty, Wright & Roach, LPA
26 N. Wright Ave.
Fairborn, Ohio 45324
Phone: (937) 878-8649
Fax: (937) 878-8649
mmrandw@sbcglobal.net
Counsel for Plaintiff Julie A. Roach

/s/   Linda Mindrutiu
VIPAL J. PATEL
Acting United States Attorney
Linda Mindrutiu (NY4618245)
Assistant United States Attorney
221 East Fourth Street, Suite 400
Cincinnati, Ohio 45202
Phone: (513) 684-3711
Fax: (513) 684-6972
linda.mindrutiu@usdoj.gov

/s/   Alan R. Trenz
Alan R. Trenz   (0013521)
1149 Stone Drive, Suite 200
Harrison, Ohio 45030
Phone:  513-367-5656
Fax:  513-621-2465
Email:  atrenz@trenzlaw.com
Attorney for Defendant Allstate Insurance Company